UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

---------------------------------------------------x
JOE HAND PROMOTIONS, INC.
                     Plaintiffs,
vs.

JAMES L. HOLT 2ND, Individually, and
as an officer, director, shareholder, and/or
principal of NATIVE VILLAGE, INC.

    and

CLINTON W. HOLT, Individually, and
as an officer, director, shareholder, and/or     Civil Action Number 13-62294-CV
principal of NATIVE VILLAGE, INC.

    and
IAN TYSON, Individually, and as
an officer, director, shareholder, and/or
principal of  NATIVE VILLAGE, INC.
d/b/a THE NATIVE VILLAGE
3101 35TH Avenue
West Park, FL 33023-5776
    and
DAVID WEATHERS, Individually,
and as an officer, director, shareholder,
and/or principal of NATIVE
VILLAGE, INC.
    and
NATIVE VILLAGE, INC. d/b/a
THE NATIVE VILLAGE

                     Defendants.
---------------------------------------------------x

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [ECF 8]

Plaintiff, Joe Hand Promotions, Inc., through undersigned counsel, files this Response to Order to Show Cause for Lack of Prosecution [ECF 9]:

1. This civil action was filed by Plaintiff on October 16, 2013.

2. Native Village, Inc. ("Native") was served on December 11, 2013 and an Answer was due on January 1, 2013 [ECF 5].

3. Ian Tyson ("Tyson") was served on November 26, 2013 and an Answer was due on December 17, 2013 [ECF 6].

4. David Weathers ("Weathers") was served on December 18, 2013 and his Answer was due on or before January 29, 2013 [ECF 7].

5. As or the date of this Motion, no Answers have been filed by Native, Tyson, or Weathers.

6. Plaintiff, file a Motion for Entry of Clerk's Default against Native, Tyson, or Weathers [ECF 9] on February 19, 2013.

7. The delay by Plaintiff in filing the Motion for Entry of Clerk's Default was a result to seek an amicable resolution to this Matter and not to hinder or delay prosecution of this action.

WHEREFORE, for the reasons stated above, Plaintiff, Joe Hand Promotion, Inc., by and through undersigned counsel, respectfully requests that that this Honorable Court discharge the Order to Show Cause.

DATED: February 19, 2014          BY:   /s/: Steven E. Wallace, Esq.

                                                    Steven E. Wallace, Esq.
Florida Bar Number 585661
The Wallace Law Group, PL
1375 Gateway Boulevard
Boynton Beach, FL 33426
(T) 561.767.4413
(F) 561.767.4414
wallacelaw1@me.com